United States Court of Appeals
Fifth Circuit

**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

October 22, 2008

Charles R. Fulbruge III
Clerk

---

No. 07-51179
Conference Calendar

---

D.C. Docket No. 5:06-CR-633-ALL

**FILED**

UNITED STATES OF AMERICA

NOV 1 6 2008

    Plaintiff - Appellee

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

    v.

FRANCISCO RODRIGUEZ

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, San Antonio.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE:   **NOV 1 3 2008**

A True Copy
Attest   NOV 1 3 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Dawn Shule
    Deputy

New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
October 22, 2008
Charles R. Fulbruge III
Clerk

No. 07-51179
Conference Calendar

UNITED STATES OF AMERICA

            Plaintiff-Appellee

v.

FRANCISCO RODRIGUEZ

            Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:06-CR-633-ALL

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:*

 The attorney appointed to represent Francisco Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Rodriguez has filed a response. Our independent review of the record, counsel's brief, and Rodriguez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

 * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.